# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 12, 2025

Clerk - Middle District of Georgia
U.S. District Court
201 W BROAD AVE
ALBANY, GA 31701

Appeal Number: 25-11369-TT
Case Style: David Kennedy v. Kenny Weston
District Court Docket No: 1:22-cv-00148-LAG

The referenced appeal was dismissed.

Appellant's motion to reinstate this appeal has been granted by the clerk.

Appellee's brief is due 30 days from the date of this letter.

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

REINST-2 Clerk Reinst_Mot Granted

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 25-11369-TT

_____

DAVID KENNEDY,

                                          Plaintiff - Appellee,

versus

DEPUTY KENNY WESTON,

                                          Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

ORDER: The motion to reinstate appeal is GRANTED. The appeal is reinstated by the clerk, effective August 12, 2025.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                                                       FOR THE COURT - BY DIRECTION